| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 18, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CASSANDRA THOMPSON,

        Defendant.

Case No. 2:25-mj-00029-SCR

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CASSANDRA THOMPSON, Case No. 2:25-mj-00029-SCR, Charge 18 U.S.C. § 844(e), from custody for the following reasons:

      ____ Release on Personal Recognizance

      ____ Bail Posted in the Sum of $ _____

      _X_ Unsecured Appearance Bond $ 3,000.00.

      ____ Appearance Bond with 10% Deposit

      ____ Appearance Bond with Surety

      ____ Corporate Surety Bail Bond

      _X_ (Other): The Defendant is ordered to appear at the Pretrial Services Office on 2/19/2025 at 9:00 a.m.

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 18, 2025 at 2:35 p.m.

                               By: _/s/ Jeremy Peterson_
                                      Magistrate Judge Jeremy D. Peterson