MICHELE BECKWITH
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-MJ-29-SCR |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING DATE |
| v. | CURRENT DATE: February 27, 2025 |
| CASSANDRA THOMPSON, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Sean C. Riordan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate that the preliminary hearing set on February 27, 2025 in this District be vacated. Both counsels have communicated with the AUSA in the charging district who will set appropriate dates in that District and provide them to counsel.

IT IS SO STIPULATED.

Dated: February 24, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

STIP TO VACATE PH                                1

Dated: February 24, 2025                /s/ Rachelle Barbour
                                        Rachelle Barbour
                                        Counsel for Defendant
                                        CASSANDRA THOMPSON

**[PROPOSED] ORDER**

IT IS SO FOUND AND ORDERED this 24th day of February, 2025.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE